585 A.2d 336

BOARD OF HIGHER EDUCATION AND T. EDWARD HOLLAND-
ER, ETC. v. BOARD OF TRUSTEES OF HUDSON COUNTY
COMMUNITY COLLEGE AND WALTER N. SHEIL, ETC.

July 10, 1990.

Petition for certification denied.

585 A.2d 336

MID–ATLANTIC UTILITIES CORPORATION, INC., ET AL. v.
STONE HILL WATER, CO., INC., ET AL.

July 10, 1990.

Petition for certification denied.

585 A.2d 337

BEEKMAN MANOR, INC., ETC. v. K.M.C. HOLDING CO., ETC.,
ET AL. AND THE KISLAK COMPANY, INC.

July 10, 1990.

Petition for certification denied.

585 A.2d 337

BEEKMAN MANOR, INC., ETC. v. K.M.C. HOLDING CO., ETC.,
ET AL. AND THE KISLAK COMPANY, INC.

July 10, 1990.

Petition for certification denied.